IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Karen G. Adkins, :

    Plaintiff : Civil Action 2:11-cv-00619

v. :

Weltman, Weinberg & Reis Co., : Magistrate Judge Abel
L.P.A.,,
 :
    Defendant

## Order

The Clerk of Court is DIRECTED to remove plaintiff's May 17, 2012 motion for class certification (doc. 30) from the pending motion list because it is MOOTED by the parties' June 5, 2012 stipulation as to class action pursuant to Rule 23(b)(3) of the Federal Rules of Civil Procedure.

                                        s/ Mark R. Abel
                                        United States Magistrate Judge