IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Karen G. Adkins, *et al.*, | : | |
| Plaintiffs | : | Civil Action 2:11-cv-00619 |
| v. | : | |
| Weltman, Weinberg & Reis Co., L.P.A.,, | : | Magistrate Judge Abel |
| | : | |
| Defendant | | |

## Order

Plaintiffs' September 25, 2012 motion to designate the National Association of Consumer Advocates as the *cy pres* recipient of any unclaimed settlement funds in this case (doc. 38) is GRANTED.

s/Mark R. Abel
United States Magistrate Judge
