IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Karen G. Adkins, | : | |
| Plaintiff | : | Civil Action 2:11-cv-00619 |
| v. | : | |
| Weltman, Weinberg & Reis Co., L.P.A., | : | Magistrate Judge Abel |
| Defendant | : | |

## Status Conference Order

On January 24, 2013, counsel for the parties participated in a telephone scheduling and status conference with the Court.

The parties continue to exchange drafts of the proposed class-wide settlement agreement. No agreement has been reached on one key issue that also affects other provisions of the draft settlement agreement. The parties have previously filed a stipulation agreeing to the definition of a class (doc. 36). Counsel will provide the Court with a proposed conditional order certifying a class and giving preliminary approval to the settlement within the next 3-4 weeks. Counsel are DIRECTED to call my office (614.719.3370) on Friday, February 8, 2013 at 2:00 p.m. for another telephone status and scheduling conference with me.

s/Mark R. Abel
United States Magistrate Judge