IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Karen G. Adkins, | : | |
| Plaintiff | : | Civil Action 2:11-cv-00619 |
| v. | : | |
| Weltman, Weinberg & Reis Co., L.P.A., | : | Magistrate Judge Abel |
| Defendant | : | |

## Status Conference Order

On February 8, 2013, counsel for the parties participated in a telephone scheduling and status conference with the Court.

The parties are negotiating one remaining key issue of the draft settlement agreement. They have previously filed a stipulation agreeing to the definition of a class (doc. 36). If the parties can resolve the remaining key issue, counsel will provide the Court with a proposed conditional order certifying a class and giving preliminary approval to the settlement within the next 4 weeks. If the remaining issue is not resolved by negotiation, counsel are DIRECTED to call my office (614.719.3370) on or before **March 15, 2013** to discuss a briefing schedule for a motion to certify a class.

s/Mark R. Abel
United States Magistrate Judge